IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED HUGAIS,

            Plaintiff,

v.

SARA LEE CORPORATION, et al.,

            Defendants.

NO. C13-2368 TEH

ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS

    Defendants have filed a motion to dismiss that is noticed for hearing on July 15, 2013, and Hugais has filed a motion to remand that is noticed for hearing on July 29, 2013. To promote judicial economy, the Court will rule on the motion to remand before considering the motion to dismiss. Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss is VACATED. If this case remains in this Court following the Court's ruling on Hugais's motion to remand, the Court will set a new hearing date for Defendants' motion to dismiss at that time.

**IT IS SO ORDERED.**

Dated: 07/01/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT